UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
Nationwide Mutual Fire Insurance
Company

         -v-                        CV 5-1428(ARR)

Pei Real Estate, Inc.
------------------------------------X

## ORDER OF DISCONTINUANCE

        It having been reported to the Court that the above

action has been settled, it is

        ORDERED that the action is discontinued without costs

and without prejudice to the right to reopen the action.

        SO ORDERED.


Dated: *February 13, 2006*
      BROOKLYN, New York




                         UNITED STATES MAGISTRATE JUDGE